IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BKB PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-00529 |
| ) | Judge Trauger |
| SUNTRUST BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying memorandum, the Motion to Dismiss filed by the defendant SunTrust Bank is **GRANTED** with respect to the plaintiff's breach of contract, libel of title, and Tennessee Consumer Protection Act claims and **DENIED** with respect to the plaintiff's fraud claim.

It is so Ordered.

Entered this 2nd day of March 2009.

_____
ALETA A. TRAUGER
United States District Judge