# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BKB PROPERTIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNTRUST BANK, )<br>)<br>Defendant. ) | Case No. 3:08-cv-00529<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 38) is **GRANTED** and this case is hereby **DISMISSED.** Entry of this Order shall constitute the judgment in this case.

It is so ordered.

Enter this 25th day of September 2009.

_____
ALETA A. TRAUGER
United States District Judge

1